GIBSON, DUNN & CRUTCHER LLP
Theodore J. Boutrous, Jr., SBN 132099
  tboutrous@gibsondunn.com
Andrea E. Neuman, SBN 149733
  aneuman@gibsondunn.com
William E. Thomson, SBN 187912
  wthomson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

STERN KILCULLEN & RUFOLO LLC
Herbert J. Stern (*pro hac vice*)
  hstern@sgklaw.com
Joel M. Silverstein (*pro hac vice*)
  jsilverstein@sgklaw.com
325 Columbia Turnpike, Suite 110
P.O. Box 992
Florham Park, NJ 07932-0992
Telephone: 973.535.1900
Facsimile:  973.535.9664

Attorneys for Defendants CHEVRON
CORPORATION and CHEVRON U.S.A., INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHEVRON CORP.; CHEVRON U.S.A., INC.; EXXON MOBIL CORP.; EXXONMOBIL OIL CORP.; BP P.L.C.; BP AMERICA, INC.; ROYAL DUTCH SHELL PLC; SHELL OIL PRODUCTS CO. LLC; CITGO PETROLEUM CORP.; CONOCOPHILLIPS; CONOCOPHILLIPS CO.; PHILLIPS 66; TOTAL E&P USA INC.; TOTAL SPECIALTIES USA INC.; ENI S.P.A.; ENI OIL & GAS INC.; ANADARKO PETROLEUM CORP.; OCCIDENTAL PETROLEUM CORP.; OCCIDENTAL | Case No. 3:18-cv-07477-VC <br><br> **JOINT RESPONSE TO COURT'S NOTICE AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** <br><br> Action Filed: November 14, 2018 |

CHEMICAL CORP.; REPSOL S.A.; REPSOL ENERGY NORTH AMERICA CORP.; REPSOL TRADING USA CORP.; MARATHON OIL CO.; MARATHON OIL CORP.; MARATHON PETROLEUM CORP.; HESS CORP.; DEVON ENERGY CORP.; DEVON ENERGY PRODUCTION CO., L.P.; ENCANA CORP.; APACHE CORP.; and DOES 1 through 100, inclusive,

        Defendants.

On June 4, 2021 the Court issued an Order, vacating the Case Management Conference set for June 9, 2021, and scheduling a Case Management Conference for December 8, 2021. Dkt. 170. On October 22, 2021, the Court issued a Clerk's Notice, ordering a case management statement to be filed by December 1, 2021. Dkt. No. 179. For the reasons set out below, the parties respectfully request that the case management conference be postponed until proceedings in the Ninth Circuit have concluded.[1]

On January 2, 2019, the Court granted a joint stipulation to "stay further proceedings in this matter until both sets of appeals currently pending in the Ninth Circuit as Nos. 18-15499, 18-15502, 18-15503, 18-16376, and 18-16663 are finally resolved, including resolution of any *en banc* proceedings in the Ninth Circuit or proceedings in the United States Supreme Court." Dkt. No. 91.

On May 26, 2020, the Ninth Circuit issued decisions in *County of San Mateo. v. Chevron Corp.*, Nos. 18-15499, 18-15502, 18-15503, and 18-16376 (9th Cir.) and *City of Oakland v. BP PLC*, No. 18-16663 (9th Cir.). On July 8, 2020, the defendants in *City of Oakland* filed a petition for panel rehearing and/or rehearing *en banc*, and on July 9, 2020, the defendants in *County of San Mateo* filed a petition for rehearing *en banc*. On August 4, 2020, and August 12, 2020, the Ninth Circuit denied the petitions in *County of San Mateo* and *City of Oakland*, respectively. Defendants filed petitions for writs of certiorari to the Supreme Court of the United States in both actions.[2] On May 17, 2021, the Supreme Court ruled in a parallel case that presented the same question as the certiorari petition in *County of San Mateo*, and held that when a district court remands a case that was removed in part under the federal officer removal statute, a court of appeals is authorized to review the entire remand order on appeal. *BP P.L.C. v. Mayor and City Council of Baltimore*, 593 U.S. ___, 141 S.Ct. 1532, 1538 (2021). Shortly thereafter, on May 24, 2021, the Supreme Court granted the *County of San Mateo* certiorari petition, vacated the Ninth Circuit's judgment, and remanded the case to the Ninth Circuit for further

---

[1] This request is submitted subject to and without waiver of any defense, affirmative defense, or objection, including personal jurisdiction, insufficient process, or insufficient service of process. Nothing in this request addresses or affects any party's position in any other case, including *County of San Mateo* or *City of Oakland*.

[2] *Chevron Corp. v. Cnty. of San Mateo*, No. 20-884 (U.S.) (filed Nov. 30, 2020); *Chevron Corp. v. City of Oakland*, No. 20-1089 (U.S.) (filed Jan. 8, 2021).

consideration in light of *Baltimore*.  The Supreme Court denied the *City of Oakland* certiorari petition on June 14, 2021.  Proceedings in the Ninth Circuit in *County of San Mateo* are not yet resolved and remain ongoing.

In light of the foregoing, the parties respectfully submit that this case remains stayed and request that the Court vacate the December 8 Case Management Conference and associated deadlines, pursuant to the Court's order dated January 2, 2019 (Dkt. No. 91).  The parties propose that they notify the Court of the resolution of proceedings before the Ninth Circuit in *County of San Mateo* within 14 days of resolution of the action.

Dated : November 12, 2021                                       Respectfully submitted,

By: **/s/ *Victor M. Sher*                                       By: /s/ *Theodore J. Boutrous*

Victor M. Sher
vic@sheredling.com
Matthew K. Edling
matt@sheredling.com
Timothy R. Sloane
tim@sheredling.com
Martin D. Quiñones
marty@sheredling.com
SHER EDLING LLP
100 Montgomery Street, Suite 1410
San Francisco, CA 94104
Telephone: (628) 231-2500
Facsimile: (628) 231-2929

*Attorneys for Plaintiff*
*THE PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, INC.*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

By: /s/ *Kevin Orsini*

Kevin Orsini (*pro hac vice*)

Theodore J. Boutrous, Jr. (SBN 132099)
William E. Thomson (SBN 187912)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
E-mail:  tboutrous@gibsondunn.com
E-mail:  wthomson@gibsondunn.com

Andrea E. Neuman (SBN 149733)
Anne Champion (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-5281
E-mail:  aneuman@gibsondunn.com
E-mail:  achampion@gibsondunn.com

Herbert J. Stern (*pro hac vice*)
hstern@sgklaw.com
Joel M. Silverstein (*pro hac vice*)
jsilverstein@sgklaw.com
STERN KILCULLEN & RUFOLO LLC
325 Columbia Turnpike, Suite 110
P.O. Box 992

| | |
|---|---|
| Vanessa A. Lavely (*pro hac vice*) <br> CRAVATH, SWAINE & MOORE LLP <br> 825 Eighth Avenue <br> New York, NY 10019 <br> Tel: (212) 474-1718 <br> Fax: (212) 474-3700 <br> E-mail: korsini@cravath.com <br> E-mail: vlavely@cravath.com <br><br> *Attorneys for Defendant* <br> *ANADARKO PETROLEUM CORPORATION* <br><br> ** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory <br><br><br> By: ***/s/ Jonathan W. Hughes*_____ <br><br> Jonathan W. Hughes (SBN 186829) <br> ARNOLD & PORTER KAYE SCHOLER LLP <br> Three Embarcadero Center, 10th Floor <br> San Francisco, California  94111-4024 <br> Telephone: (415) 471-3100 <br> Facsimile: (415) 471-3400 <br> E-mail:   jonathan.hughes@arnoldporter.com <br><br> Matthew T. Heartney (SBN 123516) <br> John D. Lombardo (SBN 187142) <br> ARNOLD & PORTER KAYE SCHOLER LLP <br> 777 South Figueroa Street, 44th Floor <br> Los Angeles, California  90017-5844 <br> Telephone: (213) 243-4000 <br> Facsimile: (213) 243-4199 <br> E-mail:  matthew.heartney@arnoldporter.com <br> E-mail:  john.lombardo@arnoldporter.com <br><br> Nancy Milburn (*pro hac vice*) <br> ARNOLD & PORTER KAYE SCHOLER LLP <br> 250 West 55th Street <br> New York, NY 10019-9710 <br> Telephone: (212) 836-8000 <br> Facsimile: (212) 836-8689 <br> E-mail: nancy.milburn@arnoldporter.com | Florham Park, NJ 07932-0992 <br> Telephone:      973.535.1900 <br> Facsimile:         973.535.9664 <br><br> *Attorneys for Defendants* <br> *CHEVRON CORP. and CHEVRON U.S.A., INC.* <br><br><br> By: ***/s/ Patrick W. Mizell*_____ <br><br> Mortimer Hartwell (SBN 154556) <br> VINSON & ELKINS LLP <br> 555 Mission Street Suite 2000 <br> San Francisco, CA 94105 <br> Telephone: (415) 979-6930 <br> E-mail: mhartwell@velaw.com <br><br> Patrick W. Mizell (*pro hac vice*) <br> VINSON & ELKINS LLP <br> 1001 Fannin Suite 2300 <br> Houston, TX 77002 <br> Telephone: (713) 758-2932 <br> E-mail: pmizell@velaw.com <br> E-mail: cmilner@velaw.com <br><br> *Attorneys for Defendant* <br> *APACHE CORPORATION* <br><br> ** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory <br><br><br> By: ***/s/ Andrew McGaan*_____ <br><br> Christopher W. Keegan (SBN 232045) <br> KIRKLAND & ELLIS LLP <br> 555 California Street <br> San Francisco, California  94104 <br> Telephone: (415) 439-1400 <br> Facsimile: (415) 439-1500 <br> E-mail: chris.keegan@kirkland.com <br><br> Andrew R. McGaan, P.C. (*pro hac vice* forthcoming) <br> KIRKLAND & ELLIS LLP <br> 300 North LaSalle |

*Attorneys for Defendant*
*BP AMERICA INC.*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

By: \*\*/s/ *Steven M. Bauer*

Steven M. Bauer
Margaret A. Tough
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: steven.bauer@lw.com
Email: margaret.tough@lw.com

Jameson R. Jones (*pro hac vice*)
Daniel R. Brody (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
Email: jameson.jones@bartlit-beck.com
Email: dan.brody@bartlit-beck.com

*Attorneys for Defendants*
*CONOCOPHILLIPS and*
*CONOCOPHILLIPS COMPANY*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
E-mail: andrew.mcgaan@kirkland.com

Anna G. Rotman, P.C. (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
609 Main Street
Houston, Texas 77002
Telephone: (713) 836-3600
Facsimile: (713) 836-3601
E-mail: anna.rotman@kirkland.com

Bryan D. Rohm (*pro hac vice* forthcoming)
TOTAL E&P USA, INC.
1201 Louisiana Street, Suite 1800
Houston, TX 77002
Telephone: (713) 647-3420
E-mail: bryan.rohm@total.com

*Attorneys for Defendants*
*TOTAL E&P USA INC. and TOTAL SPECIALTIES USA INC.*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

By: \*\*/s/ *Peter Duchesneau*

Craig A. Moyer (SBN 094187)
Peter Duchesneau (SBN 168917)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
E-mail: cmoyer@manatt.com
E-mail: pduchesneau@manatt.com

Nathan P. Eimer (*pro hac vice*)
Pamela Hanebutt (*pro hac vice*)
Lisa Meyer (*pro hac vice*)
EIMER STAHL, LLP
Suite 1100
224 South Michigan Avenue
Chicago, IL 60604

By: ***/s/ Gregory Evans*

Gregory Evans (SBN 147623)
MCGUIREWOODS LLP
Wells Fargo Center
South Tower
355 S. Grand Avenue, Suite 4200
Los Angeles, CA 90071-3103
Telephone: (213) 457-9844
Facsimile: (213) 457-9888
E-mail: gevans@mcguirewoods.com

Joy C. Fuhr (*pro hac vice*)
Brian D. Schmalzbach (*pro hac vice*)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1141
Facsimile: (804) 698-2208
E-mail: jfuhr@mcguirewoods.com
E-mail: bschmalzbach@mcguirewoods.com

*Attorneys for Defendants*
*DEVON ENERGY CORPORATION and*
*DEVON ENERGY PRODUCTION*
*COMPANY, L.P.*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

By: ***/s/ Michael F. Healy*

Michael F. Healy (SBN 95098)
SHOOK HARDY & BACON LLP
One Montgomery St., Suite 2700
San Francisco, CA 94104
Telephone: (415) 544-1942
E-mail: mfhealy@shb.com

Michael L. Fox (SBN 173355)
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3092
E-mail: MLFox@duanemorris.com

Telephone: (312) 660-7605
Facsimile: (312) 961-3204
E-mail: neimer@EimerStahl.com
E-mail: phanebutt@EimerStahl.com
E-mail: lmeyer@EimerStahl.com
E-mail: rjanove@EimerStahl.com

Robert E. Dunn (SBN 275600)
EIMER STAHL
99 S. Almaden Blvd. Suite 6620
San Jose, CA 95113
Telephone: (669) 231-8755
Facsimile: (312) 961-3204
E-mail: rdunn@eimerstahl.com

*Attorneys for Defendant*
*CITGO PETROLEUM CORPORATION*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory


By: ***/s/ Steven M. Bauer*

Steven M. Bauer
Margaret Tough
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8083
Facsimile:
E-mail: steven.bauer@lw.com
E-mail: margaret.tough@lw.com

*Attorneys for Defendant*
*PHILLIPS 66*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory


By: ***/s/ Dawn Sestito*

M. Randall Oppenheimer (SBN 77649)

*Attorneys for Defendant*
*OVINTIV CANADA ULC (fka "ENCANA CORPORATION")*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

By: **/s/  Bryan A. Merryman

Bryan A. Merryman (SBN 134357)
Catherine S. Simonsen (SBN 307325)
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA  90071
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329
E-mail:  bmerryman@whitecase.com
E-mail:  catherine.simonsen@whitecase.com

*Attorneys for Defendant*
*ENI OIL & GAS INC.*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

By: **/s/  J. Scott Janoe

Jonathan A. Shapiro (SBN 257199)
BAKER BOTTS L.L.P.
101 California Street
Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6204
Facsimile: (415) 291-6304
Email: jonathan.shapiro@bakerbotts.com

J. Scott Janoe (*pro hac vice*)
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1553
Facsimile:  (713) 229 7953
Email: scott.janoe@bakerbotts.com

Dawn Sestito (SBN 214011)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407
E-Mail:  roppenheimer@omm.com
E-Mail:  dsestito@omm.com

Theodore V. Wells, Jr. (*pro hac vice* forthcoming)
Daniel J. Toal (*pro hac vice* forthcoming)
Yahonnes Cleary (*pro hac vice* forthcoming)
Caitlin Grusauskas (*pro hac vice* forthcoming)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
E-Mail:  twells@paulweiss.com
E-Mail:  dtoal@paulweiss.com
E-Mail:  ycleary@paulweiss.com
E-Mail:  cgrusauskas@paulweiss.com

*Attorneys for Defendants*
*EXXON MOBIL CORPORATION and*
*EXXONMOBIL OIL CORPORATION*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory


By: **/s/ Shannon Broome

Shannon S. Broome (SBN 150119)
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, CA 94111
Tel: (415) 975-3718
Fax: (415) 975-3701
E-mail:  SBroome@HuntonAK.com

Ann Marie Mortimer  (SBN 169077)
HUNTON ANDREWS KURTH LLP

Megan Berge (*pro hac vice*)
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
Telephone: (202) 639-1308
Facsimile: (202) 639-1171
Email: megan.berge@bakerbotts.com

*Attorneys for Defendant*
*HESS CORPORATION, REPSOL S.A and*
*REPSOL ENERGY NORTH AMERICA*
*CORP.*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory


By: */s/ Kevin Orsini*

Kevin Orsini (*pro hac vice*)
Vanessa A. Lavely (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1718
Fax: (212) 474-3700
E-mail: korsini@cravath.com
E-mail: vlavely@cravath.com

Stephen C. Lewis
R. Morgan Gilhuly
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Facsimile: (415) 228-5450
E-mail: slewis@bargcoffin.com
E-mail: mgilhuly@bargcoffin.com

*Attorneys for Defendants*
*OCCIDENTAL PETROLEUM CORP. and*
*OCCIDENTAL CHEMICAL CORP.*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

550 South Hope Street, Suite 2000
Los Angeles, CA 90071
Tel: (213) 532-2103
Fax: (213) 312-4752
E-mail: AMortimer@HuntonAK.com

Shawn Patrick Regan (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 309-1046
Fax: (212) 309-1100
E-mail: SRegan@HuntonAK.com

*Attorneys for Defendant*
*MARATHON PETROLEUM CORPORATION*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory


By: ***/s/ Gary T. Lafayette*

Gary T. Lafayette (SBN 88666)
Brian H. Chun (SBN 215417)
Saisruthi S. Paspulati (SBN 319879)
LAFAYETTE KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-4600
Facsimile: (415) 357-4605
Email: glafayette@lkclaw.com
Email: bchun@lkclaw.com
Email: spaspulati@lkclaw.com

David C. Frederick (*pro hac vice*)
Daniel S. Severson (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
E-mail: dfrederick@kellogghansen.com
E-mail: bcrimmins@kellogghansen.com

*Attorneys for Defendants*

|   |   |
|---|---|
| By: **/s/ *Catherine Y. Lui*<br><br>Catherine Y. Lui (SBN 239648)<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone: (415) 773-5571<br>Facsimile: (415) 773-5749<br>E-mail: clui@orrick.com<br><br>Robert P Reznick (*pro hac vice*)<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>1152 15th Street, NW<br>Washington, DC 20005-1706<br>Telephone: (202) 339-8409<br>Facsimile: (202) 339-8500<br>Email: rreznick@orrick.com<br><br>James Stengel (*pro hac vice*)<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>51 West 52nd Street<br>New York, NY 10019-6142<br>Telephone: (212) 506-3775<br>Facsimile: (212) 506-5151<br>Email: jstengel@orrick.com<br><br>*Attorneys for Defendants MARATHON OIL CORPORATION and MARATHON OIL COMPANY*<br><br>** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory | *ROYAL DUTCH SHELL PLC and SHELL OIL PRODUCTS COMPANY LLC*<br><br>** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory |