GIBSON, DUNN & CRUTCHER LLP
Theodore J. Boutrous, Jr., SBN 132099
    tboutrous@gibsondunn.com
Andrea E. Neuman, SBN 149733
    aneuman@gibsondunn.com
William E. Thomson, SBN 187912
    wthomson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  213.229.7000
Facsimile:  213.229.7520

STERN KILCULLEN & RUFOLO LLC
Herbert J. Stern (*pro hac vice*)
    hstern@sgklaw.com
Joel M. Silverstein (*pro hac vice*)
    jsilverstein@sgklaw.com
325 Columbia Turnpike, Suite 110
P.O. Box 992
Florham Park, NJ 07932-0992
Telephone: 973.535.1900
Facsimile:  973.535.9664

Attorneys for Defendants CHEVRON
CORPORATION and CHEVRON U.S.A., INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

PACIFIC COAST FEDERATION OF
FISHERMEN'S ASSOCIATIONS, INC.,

                    Plaintiff,

          v.

CHEVRON CORP.; CHEVRON U.S.A.,
INC.; EXXON MOBIL CORP.;
EXXONMOBIL OIL CORP.; BP P.L.C.; BP
AMERICA, INC.; ROYAL DUTCH SHELL
PLC; SHELL OIL PRODUCTS CO. LLC;
CITGO PETROLEUM CORP.;
CONOCOPHILLIPS; CONOCOPHILLIPS
CO.; PHILLIPS 66; TOTAL E&P USA INC.;
TOTAL SPECIALTIES USA INC.; ENI
S.P.A.; ENI OIL & GAS INC.; ANADARKO
PETROLEUM CORP.; OCCIDENTAL
PETROLEUM CORP.; OCCIDENTAL

Case No. 3:18-cv-07477-VC

**JOINT RESPONSE TO COURT'S NOTICE
AND REQUEST TO VACATE CASE
MANAGEMENT CONFERENCE**

Action Filed:  November 14, 2018

1  CHEMICAL CORP.; REPSOL S.A.; REPSOL
   ENERGY NORTH AMERICA CORP.;
2  REPSOL TRADING USA CORP.;
   MARATHON OIL CO.; MARATHON OIL
3  CORP.; MARATHON PETROLEUM CORP.;
   HESS CORP.; DEVON ENERGY CORP.;
4  DEVON ENERGY PRODUCTION CO., L.P.;
   ENCANA CORP.; APACHE CORP.; and
5  DOES 1 through 100, inclusive,
6
                Defendants.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn &
Crutcher LLP

On November 17, 2021, the Court issued an Order, vacating the Case Management Conference set for December 8, 2021, and scheduling a Case Management Conference for June 8, 2022.  Dkt. 182.  On May 19, 2022, the Clerk issued an Order rescheduling the Case Management Conference for June 22, 2022.  Dkt. 192.  For the reasons set out below, the parties respectfully request that the case management conference be postponed until proceedings in the Ninth Circuit, and potentially the Supreme Court, in a similar climate change-related action have concluded.[1]

On January 2, 2019, the Court granted a joint stipulation to "stay further proceedings in this matter until both sets of appeals currently pending in the Ninth Circuit as Nos. 18-15499, 18-15502, 18-15503, 18-16376, and 18-16663 are finally resolved, including resolution of any *en banc* proceedings in the Ninth Circuit or proceedings in the United States Supreme Court."  Dkt. 91.

On May 26, 2020, the Ninth Circuit issued decisions in *County of San Mateo. v. Chevron Corp.*, Nos. 18-15499, 18-15502, 18-15503, and 18-16376 (9th Cir.) and *City of Oakland v. BP PLC*, No. 18-16663 (9th Cir.).  On July 8, 2020, the defendants in *City of Oakland* filed a petition for panel rehearing and/or rehearing *en banc*, and on July 9, 2020, the defendants in *County of San Mateo* filed a petition for rehearing *en banc*.  On August 4, 2020, and August 12, 2020, the Ninth Circuit denied the petitions in *County of San Mateo* and *City of Oakland*, respectively.  Defendants filed petitions for writs of certiorari to the Supreme Court of the United States in both actions.[2]  On May 17, 2021, the Supreme Court ruled in a parallel case that presented the same question as the certiorari petition in *County of San Mateo*, and held that when a district court remands a case that was removed in part under the federal officer removal statute, a court of appeals is authorized to review the entire remand order on appeal.  *BP P.L.C. v. Mayor and City Council of Baltimore*, 593 U.S. ___, 141 S.Ct. 1532, 1538 (2021).  Shortly thereafter, on May 24, 2021, the Supreme Court granted the *County of San Mateo* certiorari petition, vacated the Ninth Circuit's judgment, and remanded the case to the Ninth Circuit for further

---

[1]  This request is submitted subject to and without waiver of any defense, affirmative defense, or objection, including personal jurisdiction, insufficient process, or insufficient service of process.  Nothing in this request addresses or affects any party's position in any other case, including *County of San Mateo* or *City of Oakland*.

[2]  *Chevron Corp. v. Cnty. of San Mateo*, No. 20-884 (U.S.) (filed Nov. 30, 2020); *Chevron Corp. v. City of Oakland*, No. 20-1089 (U.S.) (filed Jan. 8, 2021).

consideration in light of *Baltimore*.  The Supreme Court denied the *City of Oakland* certiorari petition on June 14, 2021.  On April 19, 2022, the Ninth Circuit issued a decision in *County of San Mateo*.  Defendants filed a petition for rehearing *en banc* on May 17, 2022, which is still pending.  Accordingly, proceedings in the Ninth Circuit in *County of San Mateo* are not yet resolved and remain ongoing.  Moreover, if Defendants' petition for rehearing *en banc* is denied, Defendants intend to file a petition for a writ of certiorari to the Supreme Court.

In light of the foregoing, the parties respectfully submit that this case remains stayed and request that the Court vacate the June 22 Case Management Conference and associated deadlines, specified in the Court's order dated May 19, 2022 (Dkt. 192).  The parties propose that they notify the Court of the final resolution of proceedings before the Ninth Circuit and the Supreme Court in *County of San Mateo* within 14 days of resolution of the action.

Dated : June 14, 2022                                    Respectfully submitted,

By: **/s/ Victor M. Sher                              By: /s/ Theodore J. Boutrous

Victor M. Sher                                         Theodore J. Boutrous, Jr. (SBN 132099)
vic@sheredling.com                                     William E. Thomson (SBN 187912)
Matthew K. Edling                                      GIBSON, DUNN & CRUTCHER LLP
matt@sheredling.com                                    333 South Grand Avenue
Timothy R. Sloane                                      Los Angeles, CA 90071
tim@sheredling.com                                     Telephone: (213) 229-7000
Martin D. Quiñones                                     Facsimile: (213) 229-7520
marty@sheredling.com                                   E-mail: tboutrous@gibsondunn.com
SHER EDLING LLP                                         E-mail:  wthomson@gibsondunn.com
100 Montgomery Street, Suite 1410
San Francisco, CA 94104                                Andrea E. Neuman (SBN 149733)
Telephone: (628) 231-2500                              Anne Champion (*pro hac vice*)
Facsimile: (628) 231-2929                              GIBSON, DUNN & CRUTCHER LLP
                                                       200 Park Avenue
*Attorneys for Plaintiff*                              New York, NY 10166-0193
*THE PACIFIC COAST FEDERATION OF*                      Telephone: (212) 351-4000
*FISHERMEN'S ASSOCIATIONS, INC.*                       Facsimile: (212) 351-5281
                                                       E-mail:  aneuman@gibsondunn.com
** Pursuant to Civ. L.R. 5-1(i)(3), the               E-mail:  achampion@gibsondunn.com
electronic signatory has obtained approval
from this signatory                                    Herbert J. Stern (*pro hac vice*)
                                                       hstern@sgklaw.com

4

By: /s/ Kevin Orsini

Kevin Orsini (*pro hac vice*)
Vanessa A. Lavely (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1718
Fax: (212) 474-3700
E-mail: korsini@cravath.com
E-mail: vlavely@cravath.com

*Attorneys for Defendant*
*ANADARKO PETROLEUM CORPORATION*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the
electronic signatory has obtained approval
from this signatory

By: \*\*/s/ Jonathan W. Hughes

Jonathan W. Hughes (SBN 186829)
ARNOLD & PORTER KAYE SCHOLER
LLP
Three Embarcadero Center, 10th Floor
San Francisco, California  94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
E-mail:  jonathan.hughes@arnoldporter.com

Matthew T. Heartney (SBN 123516)
John D. Lombardo (SBN 187142)
ARNOLD & PORTER KAYE SCHOLER
LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
E-mail:  matthew.heartney@arnoldporter.com
E-mail:  john.lombardo@arnoldporter.com

Nancy Milburn (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER
LLP

Joel M. Silverstein (*pro hac vice*)
jsilverstein@sgklaw.com
STERN KILCULLEN & RUFOLO LLC
325 Columbia Turnpike, Suite 110
P.O. Box 992
Florham Park, NJ 07932-0992
Telephone:     973.535.1900
Facsimile:     973.535.9664

*Attorneys for Defendants*
*CHEVRON CORP. and CHEVRON U.S.A.,*
*INC.*

By: \*\*/s/ Patrick W. Mizell

Mortimer Hartwell (SBN 154556)
VINSON & ELKINS LLP
555 Mission Street Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6930
E-mail: mhartwell@velaw.com

Patrick W. Mizell (*pro hac vice*)
VINSON & ELKINS LLP
1001 Fannin Suite 2300
Houston, TX 77002
Telephone: (713) 758-2932
E-mail: pmizell@velaw.com
E-mail: cmilner@velaw.com

*Attorneys for Defendant*
*APACHE CORPORATION*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the
electronic signatory has obtained approval
from this signatory

By: \*\*/s/ Andrew McGaan

Christopher W. Keegan (SBN 232045)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
E-mail: nancy.milburn@arnoldporter.com

*Attorneys for Defendant*
*BP AMERICA INC.*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

By: \*\**/s/ Steven M. Bauer*

Steven M. Bauer
Margaret A. Tough
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: steven.bauer@lw.com
E-mail: margaret.tough@lw.com

Jameson R. Jones (*pro hac vice*)
Daniel R. Brody (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
Email: jameson.jones@bartlit-beck.com
Email: dan.brody@bartlit-beck.com

*Attorneys for Defendants*
*CONOCOPHILLIPS and*
*CONOCOPHILLIPS COMPANY*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

E-mail: chris.keegan@kirkland.com

Andrew R. McGaan, P.C. (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
E-mail: andrew.mcgaan@kirkland.com

Anna G. Rotman, P.C. (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
609 Main Street
Houston, Texas 77002
Telephone: (713) 836-3600
Facsimile: (713) 836-3601
E-mail: anna.rotman@kirkland.com

Bryan D. Rohm (*pro hac vice* forthcoming)
TOTAL E&P USA, INC.
1201 Louisiana Street, Suite 1800
Houston, TX 77002
Telephone: (713) 647-3420
E-mail: bryan.rohm@total.com

*Attorneys for Defendants*
*TOTAL E&P USA INC. and TOTAL*
*SPECIALTIES USA INC.*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

By: \*\**/s/ Peter Duchesneau*

Craig A. Moyer (SBN 094187)
Peter Duchesneau (SBN 168917)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224
E-mail:  cmoyer@manatt.com
E-mail:  pduchesneau@manatt.com

Nathan P. Eimer (*pro hac vice*)
Pamela Hanebutt (*pro hac vice*)

6

JOINT RESPONSE TO COURT'S NOTICE SCHEDULING A CASE MANAGEMENT CONFERENCE
CASE NO. 3:18-cv-07477-VC

| | |
|---|---|
| 1 | By: **/s/ Gregory Evans |
| 2 | |
| 3 | Gregory Evans (SBN 147623) |
| | MCGUIREWOODS LLP |
| 4 | Wells Fargo Center |
| | South Tower |
| 5 | 355 S. Grand Avenue, Suite 4200 |
| | Los Angeles, CA 90071-3103 |
| 6 | Telephone: (213) 457-9844 |
| | Facsimile: (213) 457-9888 |
| 7 | E-mail: gevans@mcguirewoods.com |

By: **/s/ Gregory Evans

Gregory Evans (SBN 147623)
MCGUIREWOODS LLP
Wells Fargo Center
South Tower
355 S. Grand Avenue, Suite 4200
Los Angeles, CA 90071-3103
Telephone: (213) 457-9844
Facsimile: (213) 457-9888
E-mail: gevans@mcguirewoods.com

Joy C. Fuhr (*pro hac vice*)
Brian D. Schmalzbach (*pro hac vice*)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone:  (804) 775-1141
Facsimile:  (804) 698-2208
E-mail: jfuhr@mcguirewoods.com
E-mail:  bschmalzbach@mcguirewoods.com

*Attorneys for Defendants*
*DEVON ENERGY CORPORATION and*
*DEVON ENERGY PRODUCTION*
*COMPANY, L.P.*

** Pursuant to Civ. L.R. 5-1(i)(3), the
electronic signatory has obtained approval
from this signatory

By: **/s/ Michael F. Healy

Michael F. Healy (SBN 95098)
SHOOK HARDY & BACON LLP
One Montgomery St., Suite 2700
San Francisco, CA 94104
Telephone:  (415) 544-1942
E-mail:  mfhealy@shb.com

Michael L. Fox (SBN 173355)
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3092
E-mail:  MLFox@duanemorris.com

Lisa Meyer (*pro hac vice*)
EIMER STAHL, LLP
Suite 1100
224 South Michigan Avenue
Chicago, IL 60604
Telephone: (312) 660-7605
Facsimile: (312) 961-3204
E-mail: neimer@EimerStahl.com
E-mail: phanebutt@EimerStahl.com
E-mail: lmeyer@EimerStahl.com
E-mail: rjanove@EimerStahl.com

Robert E. Dunn (SBN 275600)
EIMER STAHL
99 S. Almaden Blvd. Suite 6620
San Jose, CA 95113
Telephone:  (669) 231-8755
Facsimile:  (312) 961-3204
E-mail: rdunn@eimerstahl.com

*Attorneys for Defendant*
*CITGO PETROLEUM CORPORATION*

** Pursuant to Civ. L.R. 5-1(i)(3), the
electronic signatory has obtained approval
from this signatory

By: **/s/ Steven M. Bauer

Steven M. Bauer
Margaret A. Tough
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: steven.bauer@lw.com
E-mail: margaret.tough@lw.com

*Attorneys for Defendant*
*PHILLIPS 66*

** Pursuant to Civ. L.R. 5-1(i)(3), the
electronic signatory has obtained approval
from this signatory

Gibson, Dunn &
Crutcher LLP

JOINT RESPONSE TO COURT'S NOTICE SCHEDULING A CASE MANAGEMENT CONFERENCE
CASE NO. 3:18-cv-07477-VC

*Attorneys for Defendant*
*OVINTIV CANADA ULC (fka "ENCANA CORPORATION")*

\** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory


By: \***/s/  Bryan A. Merryman**

Bryan A. Merryman (SBN 134357)
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA  90071
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329
E-mail:  bmerryman@whitecase.com

*Attorneys for Defendant*
*ENI OIL & GAS INC.*

\** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory


By: \***/s/  J. Scott Janoe**

Megan Berge (CA Bar No. 332536)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (202) 639-1308
Facsimile: (202) 639-1171
Email: megan.berge@bakerbotts.com

J. Scott Janoe (*pro hac vice*)
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1553
Facsimile:  (713) 229 7953
Email: scott.janoe@bakerbotts.com

*Attorneys for Defendants*
*HESS CORPORATION, REPSOL S.A., and*

By: \***/s/ Dawn Sestito**

M. Randall Oppenheimer (SBN 77649)
Dawn Sestito (SBN 214011)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407
E-Mail:  roppenheimer@omm.com
E-Mail:  dsestito@omm.com

Theodore V. Wells, Jr. (*pro hac vice* forthcoming)
Daniel J. Toal (*pro hac vice* forthcoming)
Yahonnes Cleary (*pro hac vice* forthcoming)
Caitlin Grusauskas (*pro hac vice* forthcoming)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
E-Mail: twells@paulweiss.com
E-Mail:  dtoal@paulweiss.com
E-Mail:  ycleary@paulweiss.com
E-Mail:  cgrusauskas@paulweiss.com

*Attorneys for Defendants*
*EXXON MOBIL CORPORATION and*
*EXXONMOBIL OIL CORPORATION*

\** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory


By: \***/s/ Shannon Broome**

Shannon S. Broome (SBN 150119)
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, CA 94111
Tel: (415) 975-3718

JOINT RESPONSE TO COURT'S NOTICE SCHEDULING A CASE MANAGEMENT CONFERENCE
CASE NO. 3:18-cv-07477-VC

*REPSOL ENERGY NORTH AMERICA CORP.*

 ** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory


By: */s/ Kevin Orsini*

Kevin Orsini (*pro hac vice*)
Vanessa A. Lavely (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1718
Fax: (212) 474-3700
E-mail: korsini@cravath.com
E-mail: vlavely@cravath.com

Stephen C. Lewis
R. Morgan Gilhuly
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Facsimile: (415) 228-5450
E-mail: slewis@bargcoffin.com
E-mail: mgilhuly@bargcoffin.com

*Attorneys for Defendants*
*OCCIDENTAL PETROLEUM CORP. and*
*OCCIDENTAL CHEMICAL CORP.*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory


By: ***/s/ Catherine Y. Lui*

Catherine Y. Lui (SBN 239648)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5571

Fax: (415) 975-3701
E-mail: SBroome@HuntonAK.com

Ann Marie Mortimer  (SBN 169077)
HUNTON ANDREWS KURTH LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
Tel: (213) 532-2103
Fax: (213) 312-4752
E-mail: AMortimer@HuntonAK.com

Shawn Patrick Regan (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 309-1046
Fax: (212) 309-1100
E-mail: SRegan@HuntonAK.com

*Attorneys for Defendant*
*MARATHON PETROLEUM CORPORATION*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory


By: ***/s/ Gary T. Lafayette*

Gary T. Lafayette (SBN 88666)
Brian H. Chun (SBN 215417)
Saisruthi S. Paspulati (SBN 319879)
LAFAYETTE KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-4600
Facsimile: (415) 357-4605
Email: glafayette@lkclaw.com
Email: bchun@lkclaw.com
Email: spaspulati@lkclaw.com

David C. Frederick (*pro hac vice*)
Daniel S. Severson (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900

9

Gibson, Dunn & Crutcher LLP

1

Facsimile: (415) 773-5749
E-mail: clui@orrick.com

2

Robert P Reznick (*pro hac vice*)

3

ORRICK, HERRINGTON & SUTCLIFFE,
LLP

4

1152 15th Street, NW
Washington, DC 20005-1706

5

Telephone: (202) 339-8409
Facsimile: (202) 339-8500

6

Email: rreznick@orrick.com

7

James Stengel (*pro hac vice*)

8

ORRICK, HERRINGTON &
SUTCLIFFE, LLP

9

51 West 52nd Street
New York, NY 10019-6142

10

Telephone: (212) 506-3775
Facsimile: (212) 506-5151

11

Email: jstengel@orrick.com

12

*Attorneys for Defendants*
*MARATHON OIL CORPORATION and*

13

*MARATHON OIL COMPANY*

14

** Pursuant to Civ. L.R. 5-1(i)(3), the
electronic signatory has obtained approval

15

from this signatory

16

17

18

19

20

21

22

23

24

25

26

27

28

Facsimile: (202) 326-7999
E-mail: dfrederick@kellogghansen.com
E-mail: dseverson@kellogghansen.com

*Attorneys for Defendants*
*SHELL PLC (F/K/A ROYAL DUTCH SHELL*
*PLC) and SHELL OIL PRODUCTS*
*COMPANY LLC*

** Pursuant to Civ. L.R. 5-1(i)(3), the
electronic signatory has obtained approval
from this signatory

Gibson, Dunn &
Crutcher LLP

JOINT RESPONSE TO COURT'S NOTICE SCHEDULING A CASE MANAGEMENT CONFERENCE
CASE NO. 3:18-cv-07477-VC