UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMENS ASSOCIATIONS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>CHEVRON CORP., et al.,<br><br>        Defendants. | Case No. 18-cv-07477-VC<br><br>**ORDER LIFTING STAY; SETTING HEARING ON MOTION TO REMAND** |

Following the discussion at the case management conference, the stay is lifted. A hearing on the anticipated motion to remand is set for August 17, 2023 at 10am. The parties may agree to a briefing schedule so long as the reply is due no later than July 31.

    **IT IS SO ORDERED.**

Dated: June 6, 2023

                                                     VINCE CHHABRIA<br>
                                                     United States District Judge