VICTOR M. SHER (SBN 96197)
vic@sheredling.com
MATTHEW K. EDLING (SBN 250940)
matt@sheredling.com
KATIE H. JONES (SBN 300913)
katie@sheredling.com
TIMOTHY R. SLOANE (SBN 292864)
tim@sheredling.com
MARTIN D. QUIÑONES (SBN 293318)
marty@sheredling.com
**SHER EDLING LLP**
100 Montgomery Street, Ste. 1410
San Francisco, CA 94104
Tel: (628) 231-2500
Fax: (628) 231-2929

*Attorneys for the Pacific Coast Federation of Fishermen's Associations, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, INC., <br><br> Plaintiff, <br> vs. <br><br> CHEVRON CORP. et al., <br><br> Defendants. | Case No. 3:18-cv-07477-VC <br><br> **JOINT STIPULATION TO EXTEND TIME AND TO SET BRIEFING SCHEDULE ON MOTION TO REMAND; [PROPOSED] ORDER** <br><br> [Removal from the Superior Court of the State of California, County of San Francisco, Case No. CGC-18-571285] <br><br> Action Filed: November 14, 2018 <br><br> Judge: Hon. Vince Chhabria |

Plaintiff and Defendants, by and through their counsel, hereby stipulate, pursuant to Civil Local Rules 6-1, 6-2, and 7-12, as follows:

**WHEREAS**, on November 18, 2018, Plaintiff Pacific Coast Federation of Fishermen's Associations filed this action against 30 fossil fuel companies ("Defendants") in the Superior Court of the State of California, County of San Francisco.

**WHEREAS**, on December 12, 2018, Defendants Chevron Corp. and Chevron U.S.A. Inc., with the consent of all Defendants who had then been served, removed this case to the United States District Court, Northern District of California (ECF No. 1);

**WHEREAS**, on January 2, 2019, the Court stayed all further proceedings in this action pending final resolution of specified appeals then currently pending in the Ninth Circuit, pursuant to the parties' joint stipulation (ECF No. 91);

**WHEREAS**, on June 6, 2023, following the discussion at the May 26, 2023 case management conference, the Court lifted the stay in this case, set a hearing for the Plaintiff's anticipated motion to remand on August 17, 2023, and ordered that the parties may agree to a briefing schedule so long as the reply is due no later than July 31 (ECF No. 203);

**WHEREAS**, the parties met and conferred regarding Plaintiff's request for a continuance of the hearing date due to a scheduling conflict, to which Defendants do not object, and conferred regarding the briefing schedule for Plaintiff's motion to remand;

**WHEREAS**, this stipulation does not operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, claim, or objection, including lack of personal jurisdiction, lack of subject matter jurisdiction, insufficient process, or insufficient service of process;

**NOW, THEREFORE**, the parties hereby stipulate as follows:

1. The hearing date for Plaintiff's motion to remand is continued from August 17, 2023, at 10am to **September 14, 2023 at 10am.**

2. On or before **July 18, 2023**, Plaintiff shall file its Motion to Remand, along with any supporting briefs and other materials.

3. On or before **August 14, 2023**, Defendants shall file their Opposition to Plaintiff's

1 | Motion to Remand.

2 |     4. On or before **August 28, 2023**, Plaintiff shall file its Reply in Support of Plaintiff's

3 | Motion to Remand.

Dated: June 21, 2023      Respectfully submitted,

By: */s/ Katie H. Jones*
VICTOR M. SHER
MATTHEW K. EDLING
KATIE H. JONES
TIMOTHY R. SLOANE
MARTIN D. QUIÑONES
**SHER EDLING LLP**
100 Montgomery Street, Ste. 1410
San Francisco, CA 94104
Tel: (628) 231-2500
Fax: (628) 231-2929
vic@sheredling.com
matt@sheredling.com
katie@sheredling.com
tim@sheredling.com
marty@sheredling.com

*Attorneys for Plaintiff Pacific Coast Federation of Fishermen's Associations Inc.*

By: */s/ Kevin Orsini*

Kevin Orsini (*pro hac vice*)
Vanessa A. Lavely (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1718
Fax: (212) 474-3700
E-mail: korsini@cravath.com
E-mail: vlavely@cravath.com

*Attorneys for Defendant*
*ANADARKO PETROLEUM CORPORATION*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

By: \*\**/s/ Jonathan W. Hughes*

By: */s/ Theodore J. Boutrous*

Theodore J. Boutrous, Jr. (SBN 132099)
William E. Thomson (SBN 187912)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
E-mail: tboutrous@gibsondunn.com
E-mail: wthomson@gibsondunn.com

Andrea E. Neuman (SBN 149733)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-5281
E-mail: aneuman@gibsondunn.com
E-mail: achampion@gibsondunn.com

Neal S. Manne (SBN 94101)

**JOINT STIPULATION TO CONTINUE HEARING DATE AND TO SET A BRIEFING SCHEDULE; [PROPOSED] ORDER; NO. 3:18-CV-7477**

2

| | |
|---|---|
| Jonathan W. Hughes (SBN 186829)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, California 94111-4024<br>Telephone: (415) 471-3100<br>Facsimile: (415) 471-3400<br>E-mail:  jonathan.hughes@arnoldporter.com<br><br>Matthew T. Heartney (SBN 123516)<br>John D. Lombardo (SBN 187142)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, California 90017-5844<br>Telephone: (213) 243-4000<br>Facsimile: (213) 243-4199<br>E-mail: matthew.heartney@arnoldporter.com<br>E-mail: john.lombardo@arnoldporter.com<br><br>Nancy Milburn (*pro hac vice*)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>E-mail: nancy.milburn@arnoldporter.com<br><br>*Attorneys for Defendant*<br>*BP AMERICA INC.*<br><br>\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory<br><br><br>By: \*\**/s/ Raymond A. Cardozo*<br>Raymond A. Cardozo (SBN 173263)<br>T. Connor O'Carroll (SBN 312920)<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659<br>Telephone: (415) 543-8700<br>Facsimile: (415) 391-8269<br>Email: rcardozo@reedsmith.com<br>Email: cocarroll@reedsmith.com<br><br>Steven M. Bauer<br>Margaret A. Tough<br>LATHAM & WATKINS LLP<br>505 Montgomery Street<br>Suite 2000 | Johnny W. Carter (*pro hac vice*)<br>Erica Harris (*pro hac vice*)<br>Steven Shepard (*pro hac vice*)<br>SUSMAN GODFREY LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>E-mail: nmanne@susmangodfrey.com<br>E-mail: jcarter@susmangodfrey.com<br>E-mail: eharris@susmangodfrey.com<br>E-mail: sshepard@susmangodfrey.com<br><br>Herbert J. Stern (*pro hac vice*)<br>hstern@sgklaw.com<br>Joel M. Silverstein (*pro hac vice*)<br>jsilverstein@sgklaw.com<br>STERN KILCULLEN & RUFOLO LLC<br>325 Columbia Turnpike, Suite 110<br>P.O. Box 992<br>Florham Park, NJ 07932-0992<br>Telephone:     973.535.1900<br>Facsimile:      973.535.9664<br><br>*Attorneys for Defendants*<br>*CHEVRON CORP. and CHEVRON U.S.A., INC.*<br><br><br>By: \*\**/s/ Patrick W. Mizell*<br><br>Mortimer Hartwell (SBN 154556)<br>VINSON & ELKINS LLP<br>555 Mission Street Suite 2000<br>San Francisco, CA 94105<br>Telephone: (415) 979-6930<br>Facsimile:  (415) 807-3358<br>E-mail: mhartwell@velaw.com<br><br>Patrick W. Mizell (*pro hac vice*)<br>VINSON & ELKINS LLP<br>845 Texas Avenue<br>Suite 4700<br>Houston, TX 77002<br>Telephone: (713) 758-2932<br>Facsimile:: (713) 615-9935<br>E-mail:  pmizell@velaw.com<br><br>*Attorneys for Defendant*<br>*APACHE CORPORATION* |

**JOINT STIPULATION TO CONTINUE HEARING DATE AND TO SET A BRIEFING SCHEDULE; [PROPOSED] ORDER; NO. 3:18-CV-7477**

3

| | | |
|---|---|---|
| 1 | San Francisco, CA 94111-6538<br>Telephone: (415) 391-0600 | ** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval |
| 2 | Facsimile: (415) 395-8095<br>E-mail: steven.bauer@lw.com | from this signatory |
| 3 | E-mail: margaret.tough@lw.com | |
| 4 | Jameson R. Jones (*pro hac vice*) | By: ***/s/ Andrew McGaan* |
| 5 | Daniel R. Brody (*pro hac vice*)<br>BARTLIT BECK LLP<br>1801 Wewatta Street, Suite 1200 | Christopher W. Keegan (SBN 232045)<br>KIRKLAND & ELLIS LLP |
| 6 | Denver, CO 80202<br>Telephone: (303) 592-3100 | 555 California Street<br>San Francisco, California 94104 |
| 7 | Facsimile: (303) 592-3140<br>Email: jameson.jones@bartlit-beck.com | Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 |
| 8 | Email: dan.brody@bartlit-beck.com | E-mail: chris.keegan@kirkland.com |
| 9 | *Attorneys for Defendants*<br>*CONOCOPHILLIPS and* | Andrew R. McGaan, P.C. (*pro hac vice*)<br>KIRKLAND & ELLIS LLP |
| 10 | *CONOCOPHILLIPS COMPANY* | 300 North LaSalle<br>Chicago, Illinois 60654 |
| 11 | ** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval | Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200 |
| 12 | from this signatory | E-mail: andrew.mcgaan@kirkland.com |
| 13 | | Anna G. Rotman, P.C. (*pro hac vice*)<br>KIRKLAND & ELLIS LLP |
| 14 | | 609 Main Street<br>Houston, Texas 77002 |
| 15 | | Telephone: (713) 836-3600<br>Facsimile: (713) 836-3601 |
| 16 | | E-mail: anna.rotman@kirkland.com |
| 17 | | Bryan D. Rohm (*pro hac vice*)<br>TOTALENERGIES E&P USA, INC. |
| 18 | | 1201 Louisiana Street, Suite 1800<br>Houston, TX 77002 |
| 19 | | Telephone: (713) 647-3420<br>E-mail: bryan.rohm@total.com |
| 20 | | |
| 21 | | *Attorneys for Defendants*<br>*TOTALENERGIES E&P USA, INC. and*<br>*TOTALENERGIES MARKETING USA, INC.* |
| 22 | | |
| 23 | | ** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval |
| 24 | | from this signatory |
| 25 | | |
| 26 | | By: ***/s/ Robert E. Dunn* |
| 27 | | Robert E. Dunn (SBN 275600)<br>EIMER STAHL |
| 28 | | 99 S. Almaden Blvd. Suite 600 |

**JOINT STIPULATION TO CONTINUE HEARING DATE AND TO SET A BRIEFING SCHEDULE;**    4
**[PROPOSED] ORDER; NO. 3:18-CV-7477**

| | | |
|---|---|---|
| 1 | By: ***/s/ Gregory Evans* | San Jose, CA 95113<br>Telephone:  (408) 889-1690 |
| 2 | Gregory Evans (SBN 147623)<br>MCGUIREWOODS LLP | Facsimile:  (312) 961-3204<br>E-mail: rdunn@eimerstahl.com |
| 3 | Wells Fargo Center<br>South Tower | Nathan P. Eimer (*pro hac vice*) |
| 4 | 355 S. Grand Avenue, Suite 4200<br>Los Angeles, CA 90071-3103 | Lisa Meyer (*pro hac vice*)<br>EIMER STAHL, LLP |
| 5 | Telephone: (213) 457-9844<br>Facsimile: (213) 457-9888 | Suite 1100<br>224 South Michigan Avenue |
| 6 | E-mail: gevans@mcguirewoods.com | Chicago, IL 60604<br>Telephone: (312) 660-7605 |
| 7 | Joy C. Fuhr (*pro hac vice*)<br>Brian D. Schmalzbach (*pro hac vice*) | Facsimile: (312) 961-3204<br>E-mail: neimer@EimerStahl.com |
| 8 | MCGUIREWOODS LLP<br>800 East Canal Street | E-mail: lmeyer@EimerStahl.com |
| 9 | Richmond, VA 23219-3916<br>Telephone:  (804) 775-1141 | Craig A. Moyer (SBN 094187)<br>Peter Duchesneau (SBN 168917) |
| 10 | Facsimile:  (804) 698-2208<br>E-mail: jfuhr@mcguirewoods.com | MANATT, PHELPS & PHILLIPS, LLP<br>2049 Century Park East |
| 11 | E-mail:  bschmalzbach@mcguirewoods.com | Suite 1700<br>Los Angeles, CA 90067 |
| 12 | *Attorneys for Defendants*<br>*DEVON ENERGY CORPORATION and* | Telephone:  (310) 312-4000<br>Facsimile:  (310) 312-4224 |
| 13 | *DEVON ENERGY PRODUCTION*<br>*COMPANY, L.P.* | E-mail:  cmoyer@manatt.com<br>E-mail:  pduchesneau@manatt.com |
| 14 | | |
| 15 | ** Pursuant to Civ. L.R. 5-1(i)(3), the<br>electronic signatory has obtained approval<br>from this signatory | *Attorneys for Defendant*<br>*CITGO PETROLEUM CORPORATION* |
| 16 | | ** Pursuant to Civ. L.R. 5-1(i)(3), the<br>electronic signatory has obtained approval |
| 17 | By: **/s/ Michael F. Healy* | from this signatory |
| 18 | Michael F. Healy (SBN 95098)<br>SHOOK HARDY & BACON LLP | |
| 19 | One Montgomery St., Suite 2700<br>San Francisco, CA 94104 | By: **/s/ Steven M. Bauer* |
| 20 | Telephone:  (415) 544-1942<br>E-mail:  mfhealy@shb.com | Steven M. Bauer<br>Margaret A. Tough |
| 21 | | LATHAM & WATKINS LLP |
| 22 | Michael L. Fox (SBN 173355)<br>DUANE MORRIS LLP | 505 Montgomery Street<br>Suite 2000 |
| 23 | Spear Tower<br>One Market Plaza, Suite 2200 | San Francisco, CA 94111-6538<br>Telephone: (415) 391-0600 |
| 24 | San Francisco, CA 94105-1127<br>Telephone: (415) 957-3092 | Facsimile: (415) 395-8095<br>E-mail: steven.bauer@lw.com |
| 25 | E-mail:  MLFox@duanemorris.com | E-mail: margaret.tough@lw.com |
| 26 | *Attorneys for Defendant*<br>*OVINTIV CANADA ULC (fka "ENCANA* | *Attorneys for Defendant*<br>*PHILLIPS 66* |
| 27 | *CORPORATION")* | ** Pursuant to Civ. L.R. 5-1(i)(3), the |
| 28 | | electronic signatory has obtained approval<br>from this signatory |

**JOINT STIPULATION TO CONTINUE HEARING DATE AND TO SET A BRIEFING SCHEDULE;**
**[PROPOSED] ORDER; NO. 3:18-CV-7477**

5

1 | ** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

By: **/s/ Dawn Sestito

M. Randall Oppenheimer (SBN 77649)
Dawn Sestito (SBN 214011)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407
E-Mail:  roppenheimer@omm.com
E-Mail:  dsestito@omm.com

By: **/s/   Bryan A. Merryman

Bryan A. Merryman (SBN 134357)
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA  90071
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329
E-mail:  bmerryman@whitecase.com

*Attorneys for Defendant*
*ENI OIL & GAS INC.*

Theodore V. Wells, Jr. (*pro hac vice* forthcoming)
Daniel J. Toal (*pro hac vice* forthcoming)
Yahonnes Cleary (*pro hac vice* forthcoming)
Caitlin Grusauskas (*pro hac vice* forthcoming)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
E-Mail:  twells@paulweiss.com
E-Mail:  dtoal@paulweiss.com
E-Mail:  ycleary@paulweiss.com
E-Mail:  cgrusauskas@paulweiss.com

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

By: **/s/  J. Scott Janoe

Megan Berge (CA Bar No. 332536)
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (202) 639-1308
Facsimile: (202) 639-1171
Email: megan.berge@bakerbotts.com

J. Scott Janoe (*pro hac vice*)
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1553
Facsimile:  (713) 229 7953
Email: scott.janoe@bakerbotts.com

*Attorneys for Defendants*
*HESS CORPORATION, REPSOL S.A., and REPSOL ENERGY NORTH AMERICA CORP.*

 ** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

By: **/s/ Kevin Orsini

*Attorneys for Defendants*
*EXXON MOBIL CORPORATION and EXXONMOBIL OIL CORPORATION*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory

By: **/s/ Shannon Broome

Shannon S. Broome (SBN 150119)
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, CA 94111
Tel: (415) 975-3718
Fax: (415) 975-3701
E-mail:  SBroome@HuntonAK.com

| | |
|---|---|
| Kevin Orsini (*pro hac vice*)<br>Vanessa A. Lavely (*pro hac vice*)<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: (212) 474-1718<br>Fax: (212) 474-3700<br>E-mail: korsini@cravath.com<br>E-mail: vlavely@cravath.com<br><br>Stephen C. Lewis<br>R. Morgan Gilhuly<br>BARG COFFIN LEWIS & TRAPP, LLP<br>350 California Street, 22nd Floor<br>San Francisco, California 94104-1435<br>Telephone: (415) 228-5400<br>Facsimile: (415) 228-5450<br>E-mail: slewis@bargcoffin.com<br>E-mail: mgilhuly@bargcoffin.com<br><br>*Attorneys for Defendants*<br>*OCCIDENTAL PETROLEUM CORP. and*<br>*OCCIDENTAL CHEMICAL CORP.*<br><br>\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory<br><br><br>By: \*\**/s/ Catherine Y. Lui*<br><br>Catherine Y. Lui (SBN 239648)<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone: (415) 773-5571<br>Facsimile: (415) 773-5749<br>E-mail: clui@orrick.com<br><br>Robert P Reznick (*pro hac vice*)<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>1152 15th Street, NW<br>Washington, DC 20005-1706<br>Telephone: (202) 339-8409<br>Facsimile: (202) 339-8500<br>Email: rreznick@orrick.com<br><br><br>James Stengel (*pro hac vice*)<br>ORRICK, HERRINGTON & | Ann Marie Mortimer (SBN 169077)<br>HUNTON ANDREWS KURTH LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>Tel: (213) 532-2103<br>Fax: (213) 312-4752<br>E-mail: AMortimer@HuntonAK.com<br><br>Shawn Patrick Regan (*pro hac vice*)<br>HUNTON ANDREWS KURTH LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 309-1046<br>Fax: (212) 309-1100<br>E-mail: SRegan@HuntonAK.com<br><br>*Attorneys for Defendant*<br>*MARATHON PETROLEUM CORPORATION*<br><br>\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory<br><br><br>By: \*\**/s/ Gary T. Lafayette*<br><br>Gary T. Lafayette (SBN 88666)<br>Brian H. Chun (SBN 215417)<br>LAFAYETTE KUMAGAI LLP<br>1300 Clay Street, Suite 810<br>Oakland, California 94612<br>Telephone: (415) 357-4600<br>Facsimile: (415) 357-4605<br>Email: glafayette@lkclaw.com<br>Email: bchun@lkclaw.com<br><br>David C. Frederick (*pro hac vice*)<br>Daniel S. Severson (*pro hac vice*)<br>KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br>Facsimile: (202) 326-7999<br>E-mail: dfrederick@kellogghansen.com<br>E-mail: dseverson@kellogghansen.com<br><br>*Attorneys for Defendants*<br>*SHELL PLC (F/K/A ROYAL DUTCH SHELL PLC) and SHELL OIL PRODUCTS COMPANY LLC* |

|   |   |
|---|---|
| SUTCLIFFE, LLP<br>51 West 52nd Street<br>New York, NY 10019-6142<br>Telephone: (212) 506-3775<br>Facsimile: (212) 506-5151<br>Email: jstengel@orrick.com<br><br>*Attorneys for Defendants*<br>*MARATHON OIL CORPORATION and*<br>*MARATHON OIL COMPANY*<br><br>\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory | \*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE