1  MORGAN, LEWIS & BOCKIUS LLP
   David L. Schrader, Bar No. 149638
2  david.schrader@morganlewis.com
   Deanne L. Miller, Bar No. 185113
3  deanne.miller@morganlewis.com
   Yardena R. Zwang-Weissman, Bar No. 247111
4  yardena.zwang-weissman@morganlewis.com
   300 South Grand Avenue
5  Twenty-Second Floor
   Los Angeles, CA  90071-3132
6  Tel:    +1.213.612.2500
   Fax:    +1.213.612.2501
7
   Attorneys for Defendants
8  OCCIDENTAL PETROLEUM CORPORATION,
   OCCIDENTAL CHEMICAL CORPORATION, AND
9  ANADARKO PETROLEUM CORPORATION

10

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION

| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, INC., | Case No. 3:18-cv-07477-VC |
|---|---|
| Plaintiff, | [Hon. Vince Chhabria] |
| vs. | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS OCCIDENTAL PETROLEUM CORPORATION, OCCIDENTAL CHEMICAL CORPORATION, AND ANADARKO PETROLEUM CORPORATION;** [PROPOSED] **ORDER** |
| CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, PEABODY ENERGY CORP, TOTAL E&P USA INC, TOTAL SPECIALTIES USA INC, ARCH COAL, INC, ENI S.P.A., ENI OIL & GAS INC, RIO TINTO PLC, CHEVRON CORP., RIO TINTO LTD, RIO TINTO ENERGY AMERICA INC, RIO TINTO MINERALS, INC, RIO TINTO SERVICES INC, ANADARKO PETROLEUM CORP., OCCIDENTAL PETROLEUM CORP, OCCIDENTAL CHEMICAL CORP, REPSOL S.A., REPSOL ENERGY NORTH AMERICA CORP, CHEVRON U.S.A. INC, REPSOL TRADING USA CORP, MARATHON OIL COMPANY, MARATHON OIL CORPORATION, MARATHON PETROLEUM CORP, HESS CORP, DEVON ENERGY CORP, DEVON ENERGY | |

("[PROPOSED]" shown with strikethrough)

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | PRODUCTION COMPANY, L.P, ENCANA CORP, APACHE CORP, EXXONMOBIL CORP, BP P.L.C., BP AMERICA, INC, ROYAL DUTCH SHELL PLC, SHELL OIL PRODUCTS COMPANY LLC, CITGO PETROLEUM CORP,<br><br>                    Defendants. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Kevin J. Orsini and Vanessa A. Lavely of Cravath, Swaine & Moore LLP hereby withdraw their appearances as counsel for Defendants Occidental Petroleum Corporation, Occidental Chemical Corporation, Anadarko Petroleum Corporation (the "Occidental and Anadarko Defendants") in this matter.

The Occidental and Anadarko Defendants hereby request that the Court grant the substitution of David L. Schrader, Deanne L. Miller, and Yardena R. Zwang-Weissman of Morgan, Lewis & Bockius LLP, as their new counsel of record.

The office address, telephone, facsimile, and email address for each of substituted counsel are as follows:

> David L. Schrader
> California State Bar No. 149638
> Morgan, Lewis & Bockius LLP
> 300 South Grand Avenue
> Twenty-Second Floor
> Los Angeles, CA 90071-3132
> Telephone No.: (213) 612-2500
> Facsimile No.: (213) 612-2501
> david.schrader@morganlewis.com
>
> Deanne L. Miller
> California State Bar No. 185113
> Morgan, Lewis & Bockius LLP
> 300 South Grand Avenue
> Twenty-Second Floor
> Los Angeles, CA 90071-3132
> Telephone No.: (213) 612-2500
> Facsimile No.: (213) 612-2501

| | |
|---|---|
| 1 | deanne.miller@morganlewis.com |
| 2 | Yardena R. Zwang-Weissman |
| 3 | California State Bar No. 247111<br>Morgan, Lewis & Bockius LLP |
| 4 | 300 South Grand Avenue<br>Twenty-Second Floor |
| 5 | Los Angeles, CA 90071-3132 |
| 6 | Telephone No.: (213) 612-2500<br>Facsimile No.: (213) 612-2501 |
| 7 | yardena.zwang-weissman@morganlewis.com |

The Occidental and Anadarko Defendants additionally request that all pleadings, orders, and notices be served on substituted counsel at Morgan, Lewis & Bockius LLP at the addresses set forth above.

The above-requested substitution of attorneys is consented to and approved by each of the following persons and entities:

Dated: August 9, 2023                                CRAVATH, SWAINE & MOORE LLP


By: */s/ Kevin J. Orsini*
Kevin J. Orsini
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1596
korsini@cravath.com

*Former Counsel for Defendants Occidental Petroleum Corporation, Occidental Chemical Corporation, Anadarko Petroleum Corporation*

| | | |
|---|---|---|
| 1 | Dated: August 9, 2023 | CRAVATH, SWAINE & MOORE LLP |
| 2 | | |
| 3 | | By: */s/ Vanessa A. Lavely* |
| 4 | | Vanessa A. Lavely<br>Cravath, Swaine & Moore LLP |
| 5 | | 825 Eighth Avenue<br>New York, NY 10019 |
| 6 | | (212) 474-1718<br>vlavely@cravath.com |
| 7 | | *Former Counsel for Defendants Occidental* |
| 8 | | *Petroleum Corporation, Occidental Chemical Corporation, Anadarko* |
| 9 | | *Petroleum Corporation* |
| 10 | Dated: August 9, 2023 | MORGAN, LEWIS & BOCKIUS LLP |
| 11 | | |
| 12 | | By: */s/ David L. Schrader* |
| 13 | | David L. Schrader<br>Morgan, Lewis & Bockius LLP |
| 14 | | 300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA  90071-3132 |
| 15 | | (213) 612-2500<br>david.schrader@morganlewis.com |
| 16 | | *Substituting Counsel for Defendants* |
| 17 | | *Occidental Petroleum Corporation,*<br>*Occidental Chemical Corporation,*<br>*Anadarko Petroleum Corporation* |
| 18 | Dated: August 9, 2023 | MORGAN, LEWIS & BOCKIUS LLP |
| 19 | | |
| 20 | | By: */s/ Deanne L. Miller* |
| 21 | | Deanne L. Miller<br>Morgan, Lewis & Bockius LLP |
| 22 | | 300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA  90071-3132 |
| 23 | | (213) 612-2500<br>deanne.miller@morganlewis.com |
| 24 | | *Substituting Counsel for Defendants* |
| 25 | | *Occidental Petroleum Corporation,*<br>*Occidental Chemical Corporation,* |
| 26 | | *Anadarko Petroleum Corporation* |

| | | |
|---|---|---|
| 1 | Dated: August 9, 2023 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By: */s/ Yardena R. Zwang-Weissman* |
| 4 | | Yardena R. Zwang-Weissman<br>Morgan, Lewis & Bockius LLP |
| 5 | | 300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA  90071-3132 |
| 6 | | (213) 612-2500<br>yardena.zwang- |
| 7 | | weissman@morganlewis.com |
| 8 | | *Substituting Counsel for Defendants<br>Occidental Petroleum Corporation,<br>Occidental Chemical Corporation,* |
| 9 | | *Anadarko Petroleum Corporation* |
| 10 | Dated: August 9, 2023 | |
| 11 | | |
| 12 | | By: */s/ Jennifer Edwards* |
| 13 | | Jennifer Edwards<br>Occidental Petroleum Corporation |
| 14 | | C/O Morgan, Lewis & Bockius LLP<br>300 South Grand Avenue, 22nd Floor |
| 15 | | Los Angeles, CA  90071-3132<br>(213) 612-2500 |
| 16 | | *Associate General Counsel for Defendants* |
| 17 | | *Occidental Petroleum Corporation,<br>Occidental Chemical Corporation,<br>Anadarko Petroleum Corporation* |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

5

CASE NO. 18-CV-07477-VC
NOT. OF WITHDRAWAL AND SUBST. OF
ATTORNEY FOR OCCIDENTAL AND
ANADARKO DEFENDANTS

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures appear above have concurred in this filing.

By: */s/ Christina Chen*

**[PROPOSED] ORDER**

The Court, having considered the above withdrawal and substitution of counsel, and good cause appearing therefor, **GRANTS** Defendants Occidental Petroleum Corporation, Occidental Chemical Corporation, and Anadarko Petroleum Corporation's request to substitute David L. Schrader, Deanne L. Miller, and Yardena R. Zwang-Weissman of Morgan, Lewis & Bockius LLP, as their new counsel of record.

**IT IS SO ORDERED.**

Dated: November 29, 2023        By: _____

The Hon. Vince Chhabria
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

7

CASE NO. 18-CV-07477-VC
NOT. OF WITHDRAWAL AND SUBST. OF
ATTORNEY FOR OCCIDENTAL AND
ANADARKO DEFENDANTS