UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHEVRON CORP.; CHEVRON U.S.A., INC.; EXXON MOBIL CORP.; EXXONMOBIL OIL CORP.; BP P.L.C.; BP AMERICA, INC.; ROYAL DUTCH SHELL PLC; SHELL OIL PRODUCTS CO. LLC; CITGO PETROLEUM CORP.; CONOCOPHILLIPS; CONOCOPHILLIPS CO.; PHILLIPS 66; TOTAL E&P USA INC.; TOTAL SPECIALTIES USA INC.; ENI S.P.A.; ENI OIL & GAS INC.; ANADARKO PETROLEUM CORP.; OCCIDENTAL PETROLEUM CORP.; OCCIDENTAL CHEMICAL CORP.; REPSOL S.A.; REPSOL ENERGY NORTH AMERICA CORP.; REPSOL TRADING USA CORP.; MARATHON OIL CO.; MARATHON OIL CORP.; MARATHON PETROLEUM CORP.; HESS CORP.; DEVON ENERGY CORP.; DEVON ENERGY PRODUCTION CO., L.P.; ENCANA CORP.; APACHE CORP.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:18-cv-07477-VC<br><br>**JOINT PROPOSED BRIEFING SCHEDULE**<br><br>Action Filed: November 14, 2018 |

Pursuant to this Court's instruction at the case management conference held on November 30, 2023, and the Court's subsequent Minute Entry (Dkt. 256), the Parties hereby submit this Joint Proposed Briefing Schedule for Plaintiff's Amended Complaint, Plaintiff's Motion to Remand, and Defendants' Motions to Dismiss and anti-SLAPP motions.

- <u>December 14</u>:  Plaintiff to file amended complaint;
- <u>January 18</u>:  Plaintiff to file motion to remand;
- <u>February 21</u>:  Defendants to oppose motion to remand;
- <u>March 1</u>:  Plaintiff to file reply in support of remand;
- <u>March 21</u>:  Hearing on Plaintiff's motion to remand;
- <u>April 12</u>:  Defendants to file joint and individual 12(b)(2), 12(b)(6) and anti-SLAPP motions.  (The Parties note that Defendants will file these motions on this date even if Plaintiff's motion to remand is still pending before the Court);
- <u>June 12</u>:  Plaintiff to file oppositions to motions to dismiss;
- <u>July 30</u>:  Defendants to file replies in support of motions to dismiss; and
- <u>Argument</u> on the Rule 12(b)(2) and Rule 12(b)(6) motions to be heard separately.

The Parties note that the Court previously indicated it may have a preference for the Parties to brief the Rule 12(b)(2) motions before the Rule 12(b)(6) motions. The Parties respectfully submit that simultaneous briefing on these motions will be more efficient and makes sense for a few reasons. First, Plaintiff may seek jurisdictional discovery from some Defendants that it believes may be necessary to oppose those Defendants' Rule 12(b)(2) motions, and Defendants reserve the right to oppose any jurisdictional discovery that is sought. Accordingly, it is possible that jurisdictional discovery issues may slow down at least some of Defendants' Rule 12(b)(2) motions, and the Parties believe this process should not impede briefing on the Rule 12(b)(6) motions. Indeed, it is possible that the Rule 12(b)(6) motions, which will present pure issues of law, may be fully briefed before at least some of the Rule 12(b)(2) motions. Second, and relatedly, not all Defendants will file or join a Rule 12(b)(2). As such, this Court will need to resolve the Rule 12(b)(6) issues regardless of the resolution of the Rule 12(b)(2) motions; on the other hand, resolution of the Rule 12(b)(6) motions could be dispositive as to all Defendants. For these reasons, the Parties respectfully request that the Court enter their joint proposed

briefing schedule.

    Finally, as noted by defense counsel during the case management conference, Defendants will use their best efforts to address all common issues in joint briefs, although certain Defendants may file individual motions or briefs to address individual issues specific to that Defendant. The Parties propose that they meet and confer and propose a plan to the Court that addresses the issue of joint and individual briefs, including page limits for these briefs.

Dated: December 8, 2023       Respectfully submitted,

By: ** /s/      *Victor M. Sher*  
**SHER EDLING LLP**  
Victor M. Sher, SBN 96197  
vic@sheredling.com  
Matthew K. Edling, SBN 250940  
matt@sheredling.com  
Katie H. Jones, SBN 300913  
katie@sheredling.com  
Martin D. Quinones, SBN 293318  
marty@sheredling.com  
Timothy R. Sloane, SBN 292864  
tim@sheredling.com  
Naomi Wheeler, SBN 342159  
naomi@sheredling.com  
100 Montgomery Street, Ste. 1410  
San Francisco, CA 94104  
Telephone: (628) 231-2500  
Facsimile: (628) 231-2929  

By: ** */s/ Neal S. Manne*  
**SUSMAN GODFREY L.L.P.**  
Neal S. Manne, SBN 94101  
nmanne@susmangodfrey.com  
1000 Louisiana, Suite 5100  
Houston, Texas 77002-5096  
Telephone: (713) 651-9366  
Facsimile: (713) 654-6666  

Steven M. Shepard (*Pro Hac Vice*)  
sshepard@susmangodfrey.com  
1301 Avenue of the Americas, 32 FL  
New York, NY 10019  
Telephone: (212) 336-8330  

Kemper P. Diehl (*Pro Hac Vice*)  
kdiehl@susmangodfrey.com  
401 Union Street, Suite 3000  
Seattle, WA 98112  
Telephone: (206) 516-3880  

Michael Adamson, SBN 321753  
madamson@susmangodfrey.com  
1900 Avenue of the Stars Ste 1400  
Los Angeles, CA 90067  
Telephone: (310) 789-3187  

*Attorneys for Defendants*  
*Chevron Corporation and Chevron U.S.A., Inc*  

**REED SMITH LLP**

__**/s/ *Raymond A. Cardozo*_____  
Raymond A. Cardozo (SBN 173263)  
T. Connor O'Carroll (SBN 312920)  
101 Second Street, Suite 1800  
San Francisco, CA 94105-3659

|    |                                                      |
|----|------------------------------------------------------|
| 1  | Telephone: (415) 543-8700                            |
| 2  | Facsimile: (415) 391-8269                            |
|    | Email: rcardozo@reedsmith.com                        |
| 3  | Email: cocarroll@reedsmith.com                       |
| 4  | Steven M. Bauer                                      |
| 5  | Margaret A. Tough                                    |
|    | Nicole C. Valco                                      |
| 6  | LATHAM & WATKINS LLP                                 |
| 7  | 505 Montgomery Street                                |
|    | Suite 2000                                           |
| 8  | San Francisco, CA 94111-6538                         |
|    | Telephone: (415) 391-0600                            |
| 9  | Facsimile: (415) 395-8095                            |
| 10 | E-mail: steven.bauer@lw.com                          |
|    | E-mail: margaret.tough@lw.com                        |
| 11 | E-mail: nicole.valco@lw.com                          |
| 12 | Jameson R. Jones (*pro hac vice*)                    |
|    | Daniel R. Brody (*pro hac vice*)                     |
| 13 | BARTLIT BECK LLP                                     |
| 14 | 1801 Wewatta Street, Suite 1200                      |
|    | Denver, CO 80202                                     |
| 15 | Telephone: (303) 592-3100                            |
|    | Facsimile: (303) 592-3140                            |
| 16 | Email: jameson.jones@bartlit-beck.com                |
|    | Email: dan.brody@bartlit-beck.com                    |
| 17 |                                                      |
| 18 | *Attorneys for Defendants CONOCOPHILLIPS and CONOCOPHILLIPS COMPANY* |
| 19 |                                                      |
| 20 | **LATHAM & WATKINS LLP**                             |
| 21 | __**/s/ *Steven M. Bauer*_____        |
|    | Steven M. Bauer                                      |
| 22 | Margaret A. Tough                                    |
|    | Nicole C. Valco                                      |
| 23 | 505 Montgomery Street                                |
| 24 | Suite 2000                                           |
|    | San Francisco, CA 94111-6538                         |
| 25 | Telephone: (415) 391-0600                            |
|    | Facsimile: (415) 395-8095                            |
| 26 | steven.bauer@lw.com                                  |
|    | margaret.tough@lw.com                                |
| 27 | nicole.valco@lw.com                                  |
| 28 | *Attorneys for Defendants*                           |

*Phillips 66, CONOCOPHILLIPS and CONOCOPHILLIPS COMPANY*

**VINSON & ELKINS L.L.P.**

\_\_\*\*/s/ Patrick W. Mizell_____
Mortimer H. Hartwell
555 Mission Street, Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6930
Fax: (415) 807-3358
mhartwell@velaw.com

Patrick W. Mizell, (*pro hac vice*)
845 Texas Avenue
Suite 4700
Houston, TX 77002
T: (713) 758-2932
F: (713) 615-9935
pmizell@velaw.com

*Attorneys for Apache Corporation*

**MORGAN, LEWIS & BOCKIUS LLP**

\_\_\*\* /s/ David L. Schrader_____
David L. Schrader
Deanne L. Miller
Yardena R. Zwang-Weissman
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
Telephone: (213) 612-2500
david.schrader@morganlewis.com
deanne.miller@morganlewis.com
yardena.zwang-weissman@morganlewis.com

Duke K. McCall, III (*pro hac vice*)
Bryan Killian (*pro hac vice*)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
duke.mccall@morganlewis.com
bryan.killian@morganlewis.com

*Counsel for Defendants Occidental Petroleum Corporation, Occidental Chemical Corporation, Anadarko Petroleum Corporation*

**KIRKLAND & ELLIS LLP**

__**/s/ *Christopher W. Keegan*_____
Christopher W. Keegan (SBN 232045)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
chris.keegan@kirkland.com

Anna G. Rotman, P.C. (*pro hac vice*)
Kenneth A. Young (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
609 Main Street
Houston, Texas 77002
Telephone: (713) 836-3600
Facsimile: (713) 836-3601
anna.rotman@kirkland.com
kenneth.young@kirkland.com

Bryan D. Rohm (*pro hac vice*)
TOTALENERGIES AMERICAN SERVICES, INC.
1201 Louisiana Street, Suite 1800
Houston, TX 77002
Telephone: (713) 647-3420
bryan.rohm@totalenergies.com

*Attorneys for Defendants*
*TOTALENERGIES E&P USA, INC. and*
*TOTALENERGIES MARKETING USA, INC.*

**MCGUIREWOODS LLP**

__**/s/ *Gregory Evans*_____
Gregory Evans (SBN 147623)
Wells Fargo Center
South Tower
355 S. Grand Avenue, Suite 4200
Los Angeles, CA 90071-3103
Telephone: (213) 457-9844
Facsimile: (213) 457-9888
gevans@mcguirewoods.com

*Attorneys for Defendants*
*DEVON ENERGY CORPORATION and DEVON*
*ENERGY PRODUCTION COMPANY, L.P.*

**O'MELVENY & MYERS LLP**

\_\_\_**/s/ *Dawn Sestito*_____
M. Randall Oppenheimer (SBN 77649)
Dawn Sestito (SBN 214011)
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
roppenheimer@omm.com
dsestito@omm.com

Theodore V. Wells, Jr. (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Yahonnes Cleary (*pro hac vice*)
Caitlin Grusauskas (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
twells@paulweiss.com
dtoal@paulweiss.com
ycleary@paulweiss.com
cgrusauskas@paulweiss.com

*Attorneys for Defendants*
*EXXON MOBIL CORPORATION and EXXONMOBIL OIL CORPORATION*

**ORRICK, HERRINGTON & SUTCLIFFE, LLP**

\_\_\_\_**/s/ *Catherine Y. Lui*_____
Catherine Y. Lui (SBN 239648)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5571
Facsimile: (415) 773-5749
clui@orrick.com

Robert P Reznick (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street, NW
Washington, DC 20005-1706
Telephone: (202) 339-8409
Facsimile: (202) 339-8500
rreznick@orrick.com

James Stengel (*pro hac vice*)

ORRICK, HERRINGTON & SUTCLIFFE, LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-3775
Facsimile: (212) 506-5151
jstengel@orrick.com

*Attorneys for Defendants*
*MARATHON OIL CORPORATION and MARATHON OIL COMPANY*

**ARNOLD & PORTER KAYE SCHOLER LLP**

__**/s/ Jonathan W. Hughes_____
Jonathan W. Hughes (SBN 186829)
jonathan.hughes@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:415-471-3100
Facsimile: 415-471-3400

John D. Lombardo (SBN 187142)
john.lombardo@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone:213-243-4000
Facsimile:213-243-4199

Nancy G. Milburn (pro hac vice)
nancy.milburn@arnoldporter.com
250 West 55th Street
New York, New York 10019-9710
Telephone: 212-836-8000
Facsimile: 212-715-1399

*Attorneys for Defendants BP p.l.c. and BP America Inc.*

**BAKER BOTTS L.L.P.**

___**/s/ J. Scott Janoe_____
Megan Berge (CA Bar No. 332536)
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (202) 639-1308
Facsimile: (202) 639-1171
megan.berge@bakerbotts.com

J. Scott Janoe (*pro hac vice*)
910 Louisiana Street

Houston, Texas 77002-4995
Telephone: (713) 229-1553
Facsimile: (713) 229-7953
scott.janoe@bakerbotts.com

Sterling Marchand (*pro hac vice*)
700 K Street, N.W.
Washington, D.C. 20001
Telephone: (202) 639-1113
Facsimile: (202) 508-9313
sterling.marchand@bakerbotts.com

*Attorneys for Defendants*
*Repsol Energy North America Corp., Repsol S.A., and Hess Corp.*

**LAFAYETTE KUMAGAI LLP**

\_\_\_\*\**/s/ Gary T. Lafayette*_____
Gary T. Lafayette (SBN 88666)
Brian H. Chun (SBN 215417)
LAFAYETTE KUMAGAI LLP
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-4600
Facsimile: (415) 357-4605
glafayette@lkclaw.com
bchun@lkclaw.com

David C. Frederick (*pro hac vice*)
James M. Webster, III (*pro hac vice*)
Daniel S. Severson (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dfrederick@kellogghansen.com
jwebster@kellogghansen.com
dseverson@kellogghansen.com

*Attorneys for Defendants*
*SHELL PLC (F/K/A ROYAL DUTCH SHELL PLC) and SHELL OIL PRODUCTS COMPANY LLC*

**WHITE & CASE LLP**

\_\_\_\*\**/s/ Bryan A. Merryman*_____

8

JOINT PROPOSED BRIEFING SCHEDULE
CASE NO. 3:18-CV-07477-VC

Bryan A. Merryman (SBN 134357)
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
bmerryman@whitecase.com

*Attorneys for Defendant*
*ENI OIL & GAS INC.*

**EIMER STAHL LLP**

__**/s/ Robert E. Dunn_____
Robert E. Dunn (SBN 275600)
99 S. Almaden Blvd. Suite 600
San Jose, CA 95113
Telephone: (408) 889-1690
Facsimile: (312) 961-3204
rdunn@eimerstahl.com

Nathan P. Eimer (*pro hac vice*)
Lisa Meyer (*pro hac vice*)
EIMER STAHL LLP
Suite 1100
224 South Michigan Avenue
Chicago, IL 60604
Telephone: (312) 660-7605
Facsimile: (312) 692-1718
neimer@EimerStahl.com
lmeyer@EimerStahl.com

Craig A. Moyer (SBN 094187)
Peter Duchesneau (SBN 168917)
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
cmoyer@manatt.com
pduchesneau@manatt.com

*Attorneys for Defendant*
*CITGO PETROLEUM CORPORATION*

**SHOOK HARDY & BACON LLP**

__**/s/ Michael F. Healy_____
Michael F. Healy (SBN 95098)

555 Mission Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 544-1942
mfhealy@shb.com

Michael L. Fox (SBN 173355)
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3092
MLFox@duanemorris.com

*Attorneys for Defendant*
*OVINTIV CANADA ULC (fka "ENCANA CORPORATION")*

**HUNTON ANDREWS KURTH LLP**

\_\_\*\*/s/ Shannon Broome_____
Shannon S. Broome (SBN 150119)
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, CA 94111
Tel: (415) 975-3718
Fax: (415) 975-3701
SBroome@HuntonAK.com

Ann Marie Mortimer (SBN 169077)
HUNTON ANDREWS KURTH LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
Tel: (213) 532-2103
Fax: (213) 312-4752
AMortimer@HuntonAK.com

Shawn Patrick Regan (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 309-1046
Fax: (212) 309-1100
SRegan@HuntonAK.com

*Attorneys for Defendant*
*MARATHON PETROLEUM CORPORATION*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic

signatory has received confirmation that approval has been received from this signatory.