1  VICTOR M. SHER (SBN 96197)
   vic@sheredling.com
2  MATTHEW K. EDLING (SBN 250940)
   matt@sheredling.com
3  KATIE H. JONES (SBN 300913)
4  katie@sheredling.com
   MARTIN D. QUIÑONES (SBN 293318)
5  marty@sheredling.com
   TIMOTHY R. SLOANE (SBN 292864)
6  tim@sheredling.com
7  NAOMI WHEELER (SBN 342159)
   naomi@sheredling.com
8  **SHER EDLING LLP**
   100 Montgomery Street, Ste. 1410
9  San Francisco, CA 94104
   Tel: (628) 231-2500
10 Fax: (628) 231-2929

11 *Attorneys for the Pacific Coast Federation*
12 *of Fishermen's Associations, Inc.*

13                  **UNITED STATES DISTRICT COURT**
14                  **NORTHERN DISTRICT OF CALIFORNIA**
                         **SAN FRANCISCO DIVISION**
15

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, INC.; | Case No. 3:18-cv-07477 |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE PURSUANT TO F.R.C.P. 41** |
| vs. | |
| CHEVRON CORP.; et al., | |
| Defendants. | Judge: Hon. Vince G. Chhabria |

**TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL**, please take notice that Plaintiff Pacific Coast Federation of Fishermen's Associations, Inc. voluntarily dismisses this entire case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No defendant has served an answer or a motion for summary judgment in this proceeding, and Plaintiff has not filed a motion for class certification. Dismissal without prejudice is therefore appropriate without a court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) and Fed. R. Civ. P. 23(e) (requiring court approval of voluntary dismissals only for a certified class).

Dated: December 14, 2023

**SHER EDLING LLP**

By: */s/ Katie H. Jones*
VICTOR M. SHER
MATTHEW K. EDLING
KATIE H. JONES
MARTIN D. QUIÑONES
TIMOTHY R. SLOANE
NAOMI WHEELER

*Attorneys for Pacific Coast Federation of Fishermen's Associations, Inc.*